USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/18/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE EDUARDO SIMBANA-GOYES,

                    Petitioner,

-against-

KENNETH GENALO, Field Office Director,
ICE New York; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; U.S.
DEPARTMENT OF HOMELAND
SECURITY; and UNITED STATES
ATTORNEY GENERAL,

                    Respondents.

26-CV-05104 (VEC)

TRANSFER ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Petitioner has filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241, *see* Dkt. 1;

WHEREAS Petitioner was not present in the Southern District of New York at the time the Petition was filed, *see* Dkt. 4 at 1; and

WHEREAS the Government has represented that Petitioner consents to the transfer of this matter to the District of New Jersey, consistent with the Second Circuit's holding in *Öztürk v. Hyde*, 136 F.4th 382 (2d Cir. 2025), *see* Dkt. 4 at 2;

IT IS HEREBY ORDERED that the hearing scheduled for Thursday, June 18, 2026, at 2:30 P.M., is CANCELED.

IT IS FURTHER ORDERED that this action be TRANSFERRED to the District of New Jersey for further proceedings.  The seven-day waiting period for transfer set forth in Local Civil Rule 83.1 is WAIVED; the Clerk of the Court is respectfully directed to effectuate the transfer immediately.

///

**SO ORDERED.**

**Dated: June 18, 2026**
     **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**
